1 | JOHN M. FUJII, SBN 172718
JFujii@SilverWrightLaw.com
2 | ADRIANNA C. PAIGE, CBN 204902
APaige@SilverWrightLaw.com
3 | SILVER & WRIGHT LLP
3350 Shelby Street, Suite 250
4 | Ontario, California 91764
Phone:        949-385-6431
5 | Fax:            949-385-6428

6 | Attorneys for Defendants
SAN BERNARDINO COUNTY,
7 | RAMAN SINGH, WILLIAM ZIEMER,
ROBERT ANDERSON,
8 | EFRAIN HERRERA, and MELISSA
KRAMER

9

10 | UNITED STATES DISTRICT COURT

11 | CENTRAL DISTRICT OF CALIFORNIA

12

13 | KAREN SHOVEY,

14 |            Plaintiff,

15 |     v.

16 | SAN BERNARDINO COUNTY, RAMAN
SINGH, WILLIAM ZIEMER, ROBERT
17 | ANDERSON, EFRAIN HERRERA,
MELISSA KRAMER and DOES 1-10,
18 | inclusive,

19 |            Defendants.

20

21

22

23

24

25

26

27

28

Case No.:        5:18-cv-02142-JGB-SHK
Judge:             Jesus G. Bernal
Mag. Judge:    Shashi H. Kewalramani

**STIPULATION FOR VOLUNTARY
DISMISSAL WITH PREJUDICE OF
PLAINTIFF KAREN SHOVEY'S
SECOND AMENDED COMPLAINT
AND ENTIRE ACTION AND ALL
CLAIMS**

[Filed Concurrently with [Proposed]
Order]

*(left margin, vertical)* SILVER & WRIGHT LLP
IRVINE | INLAND EMPIRE | BAY AREA | SACRAMENTO

STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF 2ND AMENDED COMP & ENTIRE ACTION

1  TO THE HONORABLE JUDGE JESUS G. BERNAL, UNITED STATES

2  DISTRICT COURT JUDGE PRESIDING:

3  IT IS HEREBY STIPULATED by and between the parties pursuant to Federal

4  Rule of Civil Procedure 41, that Plaintiff KAREN SHOVEY hereby dismisses **with**

5  **prejudice** her Second Amended Complaint (the operative complaint) and this entire

6  action and all claims against defendants SAN BERNARDINO COUNTY (and all of its

7  employees), RAMAN SINGH, WILLIAM ZIEMER, ROBERT ANDERSON, EFRAIN

8  HERRERA, and MELISSA KRAMER.

9  IT IS HEREBY STIPULATED that Plaintiff KAREN SHOVEY and her attorney

10  of record, Peter Schlueter and Schlueter Law Firm, PC, shall bear their own attorney's

11  fees and costs, including without limitation attorney's fees pursuant to 42 U.S.C. § 1988,

12  and defendants SAN BERNARDINO COUNTY, RAMAN SINGH, WILLIAM

13  ZIEMER, ROBERT ANDERSON, EFRAIN HERRERA, and MELISSA KRAMER, and

14  their attorney of record, John M. Fujii and Silver & Wright LLP, shall bear their

15  attorney's fees and costs.

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

SILVER & WRIGHT LLP
IRVINE | INLAND EMPIRE | BAY AREA | SACRAMENTO

1    IT IS FURTHER STIPULATED that Plaintiff KAREN SHOVEY agrees to waive

2    and forego any rights to appeal with respect to any issues, rulings, or orders in this action.

3

4    SO STIPULATED.

5

6    Dated: _____08-14_____, 2020          SILVER & WRIGHT LLP

7

8    By: _____
           JOHN M. FUJII

9         ADRIANNA C. PAIGE
          Attorneys for Defendants

10        SAN BERNARDINO COUNTY,
          RAMAN SINGH, WILLIAM

11        ZIEMER, ROBERT ANDERSON,
          EFRAIN HERRERA, and MELISSA

12        KRAMER

13   Dated: _____, 2020      SCHLUETER LAW FIRM, PC

14

15   By: _____
           PETER SCHLUETER

16        Attorneys for Plaintiff
          KAREN SHOVEY

17

18

19

20

21

22

23

24

25

26

27

28

– 2 –
STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF 2ND AMENDED COMP & ENTIRE ACTION



1  JOHN M. FUJII, SBN 172718
   JFujii@SilverWrightLaw.com
2  ADRIANNA C. PAIGE, CBN 204902
   APaige@SilverWrightLaw.com
3  SILVER & WRIGHT LLP
   3 Corporate Park, Suite 100
4  Irvine, California 92606
   Phone:      949-385-6431
5  Fax:        949-385-6428

6  Attorneys for Defendants
   SAN BERNARDINO COUNTY,
7  RAMAN SINGH, WILLIAM ZIEMER,
   ROBERT ANDERSON,
8  EFRAIN HERRERA, and MELISSA
   KRAMER
9

10              UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12

13 KAREN SHOVEY,                    Case No.:    5:18-cv-02142-JGB-SHK
                                    Judge:       Jesus G. Bernal
14        Plaintiff,                Mag. Judge:  Shashi H. Kewalramani

15   v.
                                    [PROPOSED] ORDER ON
16 SAN BERNARDINO COUNTY, RAMAN     STIPULATION FOR VOLUNTARY
   SINGH, WILLIAM ZIEMER, ROBERT    DISMISSAL WITH PREJUDICE OF
17 ANDERSON, EFRAIN HERRERA,        PLAINTIFF KAREN SHOVEY'S
   MELISSA KRAMER and DOES 1-10,    SECOND AMENDED COMPLAINT
18 inclusive,                       AND ENTIRE ACTION AND ALL
                                    CLAIMS
19        Defendants.

20

21

22

23

24

25

26

27

28

ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF ENTIRE ACTION

1       GOOD CAUSE APPEARING, IT IS HEREBY ORDERED by and between the

2  parties, pursuant to Federal Rule of Civil Procedure 41, that Plaintiff KAREN SHOVEY

3  dismisses **with prejudice** her Second Amended Complaint (the operative complaint) and

4  this entire action and all claims against defendants SAN BERNARDINO COUNTY (and

5  all of its employees), RAMAN SINGH, WILLIAM ZIEMER, ROBERT ANDERSON,

6  EFRAIN HERRERA, and MELISSA KRAMER.

7       IT IS FURTHER ORDERED that Plaintiff KAREN SHOVEY and her attorney of

8  record, Peter Schlueter and Schlueter Law Firm, PC, shall bear their own attorney's fees

9  and costs, including without limitation attorney's fees pursuant to 42 U.S.C. § 1988, and

10  defendants SAN BERNARDINO COUNTY, RAMAN SINGH, WILLIAM ZIEMER,

11  ROBERT ANDERSON, EFRAIN HERRERA, and MELISSA KRAMER, and their

12  attorney of record, John M. Fujii and Silver & Wright LLP, shall bear their attorney's

13  fees and costs.

14       IT IS FURTHER ORDERED that Plaintiff KAREN SHOVEY agrees to waive and

15  forego any rights to appeal with respect to any issues, rulings, or orders in this action.

16

17       IT IS SO ORDERED.

18

19

20  Dated: _____    _____

21                          HON. JUDGE JESUS G. BERNAL

22

23

24

25

26

27

28

SILVER & WRIGHT LLP
IRVINE | INLAND EMPIRE | BAY AREA | SACRAMENTO

– 1 –
ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF ENTIRE ACTION